# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1079
_____

JASON KEITH HARVEY,

Appellant,

v.

ALICIA CHEN,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John L. Miller, Judge.

November 6, 2024

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

ROWE, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Keith Harvey, pro se, Appellant.

Alicia Chen, pro se, Appellee.